UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MUGRIDGE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARQUEZ J L PROPERTIES, LLC, et. al,<br><br>　　　　　Defendants. | No.  1:15-cv-00834-AWI-SAB<br><br>**NEW CASE NUMBER**<br><br>**1:15-cv-00834-LJO-SAB**<br><br>**<u>ORDER OF RECUSAL</u>** |

　　　　It appears to the undersigned, the district judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. Section 455 is appropriate in this matter.

　　　　IT IS THEREFORE ORDERED that the undersigned recuses himself as the district judge to whom this case is assigned.

　　　　IT IS FURTHER ORDERED that this case is reassigned to District Judge Lawrence J. O'Neill.

　　　　All future pleadings filed with the court shall use the following case number:

　　　　　　　　　　　　　　**1:15-cv-00834-LJO-SAB**

　　　　Failure to use the correct case number may result in a delay in the document being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:　June 2, 2015　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

1