# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MUGRIDGE,<br><br>  Plaintiff,<br><br>  v.<br><br>MARQUEZ J L PROPERTIES LLC, et al.,<br><br>  Defendants. | Case No. 1:15-cv-00834-LJO-SAB<br><br>ORDER TO SHOW CAUSE WHY PARTIES SHOULD NOT BE SANCTIONED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER<br><br>RESPONSE DUE Monday, September 14, 2015 at 12:00 p.m. |

On June 1, 2015, the Court issued an order setting a scheduling conference for September 15, 2015. (ECF No. 3.) The June 1 order further ordered the parties to prepare and file a Joint Scheduling Report one full week prior to the scheduling conference, making the Joint Scheduling Report due on September 8, 2015. To date, neither party has filed the required Joint Scheduling Report. On September 11, 2015, at approximately 9:45 a.m., the Court's courtroom deputy e-mailed the parties regarding the scheduling conference and the joint scheduling report. No response has been received by the Court as of 4:45 p.m. on September 11, 2015.

Accordingly, it is HEREBY ORDERED that all parties in this action shall SHOW CAUSE why sanctions should not be issued due to their failure to comply with the Court's June 1 order. The parties' response to this order to show cause shall be filed on or before **noon on Monday, September 14, 2015**. The parties are forewarned that failure to comply with this order may result in dismissal of this action, monetary sanctions, and any other sanction deemed

1

1  appropriate by the Court.

3  IT IS SO ORDERED.

4  Dated: **September 11, 2015**

UNITED STATES MAGISTRATE JUDGE