# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MUGRIDGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARQUEZ J L PROPERTIES LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00834-LJO-SAB<br><br>ORDER SETTING SHOW CAUSE HEARING<br><br>September 15, 2015 at 9:30 a.m. |

　　　On September 11, 2015, the Court ordered the parties to show cause why they should not be sanctioned for failing to comply with a court order. (ECF No. 7.) The Court noted that the Court's June 1, 2015 order set a scheduling conference for September 15, 2015 and ordered the parties to file a Joint Scheduling Report on or before September 8, 2015. The parties had not filed a Joint Scheduling Report.

　　　Defendant Marquez J L Properties LLC and Defendants Michelle Barnett and Barnett Insurance Agency filed responses to the order to show cause on September 12, 2015 and September 14, 2015. (ECF Nos. 8, 10.) Plaintiff David Mugridge ("Plaintiff") filed a Notice of Settlement on September 13, 2015, but did not file a response to the order to show cause. Responses were due by noon on September 14, 2015.

　　　Defendants inform the Court that they were unaware of the scheduling conference. Defendants further inform the Court that the parties had been working diligently to resolve the

1

matter via settlement. Moreover, although the Court's courtroom deputy e-mailed the parties using the e-mail addresses registered with the Court's CM/ECF system, Defendants claim they did not receive that e-mail. Lance Armo, Counsel for Defendant Marquez J L Properties LLC, claims that his e-mail on file with the Court's CM/ECF system is lance@larmolaw.com, hyeatty@sbcglobal.net, and hyemom@sbcglobal.net. However, at the time the Court issued the September 11 order to show cause, the e-mail addresses on file for Mr. Armo were larmolaw@yahoo.com and hyeatty@sbcglobal.net.[1] The e-mail from the Court's courtroom deputy was sent to larmolaw@yahoo.com but not to hyeatty@sbcglobal.net. However, the one email should have been sufficient since counsel provided both emails as emails from which notices can be received.

Counsel for Defendants Michelle Barnett and Barnett Insurance Agency provided no explanation for not receiving the e-mail, which was sent to bneilsonlaw@gmail.com – the e-mail address registered for Mr. Bruce Neilson on CM/ECF.

The Court will discharge the order to show cause with respect to Defendants. However, the Court advises counsel for Defendants to ensure that their contact information is up-to-date at all times as this court relies upon such information in managing its cases.

The Court will not discharge the order to show cause with respect to Plaintiff David Mugridge. Plaintiff failed to provide any response whatsoever to the Court's order to show cause. Furthermore, Defendants informed the Court that they did not receive a copy of the June 1, 2015 Order Setting Mandatory Scheduling Conference, despite the fact that the Court ordered Plaintiff to serve a copy of the June 1 order on Defendants. (See Order Setting Mandatory Scheduling Conference, at pg. 2:3-7 ("...the Court will order counsel for the plaintiff to serve a copy of this Order on the defendant, or, if identified, on their counsel....").)

Accordingly, Plaintiff's attorney shall appear in person at 9:30 a.m. on September 15, 2015—the time set for the initial scheduling conference. Plaintiff shall show cause at that time why sanctions should not be issued against him for failing to comply with the Court's June 1

---

[1] It appears that Mr. Armo since updated his e-mail address on CM/ECF to "earmo26@gmail.com."

order and for failing to respond to the Court's September 11 order to show cause. Defendants shall not be required to attend at the hearing.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The initial scheduling conference scheduled for September 15, 2015 at 9:30 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone is converted to a show cause hearing;

2. Plaintiff's attorney shall appear in person on September 15, 2015 at 9:30 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone to SHOW CAUSE why sanctions should not be imposed for failing to comply with the Court's June 1 order and for failing to respond to the Court's September 11 order to show cause; and

3. Defendants shall not be required to appear at the show cause hearing on September 15, 2015 at 9:30 a.m. as they have been discharged based upon their good cause responses to the Court order.

IT IS SO ORDERED.

Dated:  **September 14, 2015**

UNITED STATES MAGISTRATE JUDGE