# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MUGRIDGE,<br><br>Plaintiff,<br><br>v.<br><br>MARQUEZ J.L. PROPERTIES, LLC, et al.,<br><br>Defendants. | **1:15-cv-834-LJO-SAB**<br><br>**ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (Doc. 9)** |

On September 13, 2015, Plaintiff filed a "Notice of Settlement and Request for Dismissal," in which he requests that the Court issue an order dismissing the entire complaint with prejudice. Doc. 9 at 1. Because Defendant had already answered, Doc. 5, the Court will construe Plaintiff's filing as a notice of voluntary dismissal brought under Fed. R. Civ. P. 41(a)(2), which permits the Court to dismiss an action on a plaintiff's request "on terms that the court considers proper." Here, Defendant has had ample time to object to dismissal and has not done so. Accordingly, the Court concludes that dismissal with prejudice is appropriate. The Clerk of Court is directed to CLOSE THIS CASE.

**IT IS SO ORDERED**
**Dated: September 22, 2015**

**/s/ Lawrence J. O'Neill**
**United States District Judge**

1